FILED: November 2, 2022

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-2326
(2:21-cv-00027-AWA-LRL)

_____

FOUNTAIN ENTERPRISES, LLC, d/b/a Anytime Fitness - West Point, individually and on behalf of all others similarly situated; VITA GRATA LLC, d/b/a Anytime Fitness - Spokane Valley, individually and on behalf of all others similarly situated; KZONE SPORTS, FITNESS, AND WELLNESS LLC, d/b/a Anytime Fitness - Schuylkill Haven, individually and on behalf of all others similarly situated; NORTHWEST WELLNESS & FITNESS LLC, d/b/a Anytime Fitness - Redmond, individually and on behalf of all others similarly situated; EWT ENTERPRISES INC., d/b/a Anytime Fitness - Irwin, individually and on behalf of all others similarly situated; GMT FITNESS ENTERPRISES LLC, d/b/a Anytime Fitness - Glenshaw, individually and on behalf of all others similarly situated; B FIT B YOU LLC, d/b/a Anytime Fitness - Danville, individually and on behalf of all others similarly situated

    Plaintiffs - Appellants

v.

MARKEL INSURANCE COMPANY

    Defendant - Appellee

_____

## JUDGMENT
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK